HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT  *E-FILED - 10/21/05*

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS L. RUBALCAVA, | ) Civil No. 05 02331 RMW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, November 14, 2005 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

1
2
3                                         _____
                                          KEVIN V. RYAN
4                                         United States Attorney
5
6  Dated: October 12, 2005                /s/_____
                                          SARA WINSLOW
7                                         Assistant U.S. Attorney
8
9
10 Dated: October 11, 2005                /s/_____
                                          HARVEY P. SACKETT
11                                        Attorney for Plaintiff
                                          LOUIS L. RUBALCAVA
12
13 IT IS SO ORDERED.
14
15 Dated: 10/21/05                          /S/ RONALD M. WHYTE_____
                                          HON. RONALD M. WHYTE
16                                        District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

                                        2
STIPULATION AND ORDER