1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /ne
8  Attorney for Plaintiff
9
10                    UNITED STATES DISTRICT COURT    *E-FILED - 11/21/05*
11                    NORTHERN DISTRICT OF CALIFORNIA

12  LOUIS L. RUBALCAVA,              ) Civil No. 05 02331 RMW
                                     )
13              Plaintiff,            )
                                     )
14  v.                               ) STIPULATION AND ORDER
                                     )
15  JO ANNE B. BARNHART,             )
    Commissioner, Social Security   )
16  Administration,                  )
                                     )
17              Defendant.            )
                                     )
18                                   )
                                     )
19  _____  )

20       Plaintiff and Defendant, through their respective attorneys,
21  hereby stipulate that Plaintiff shall have a second extension of
22  time up through and including Wednesday, December 14, 2005 in
23  which to e-file his Motion for Summary Judgment.  This extension
24  is necessitated by the number of other cases Plaintiff's counsel
25  currently has before the district court that also require
26  briefing.
27
28

                                    1
STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney



Dated: November 4, 2005                 /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney




Dated: November 1, 2005                 /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        LOUIS L. RUBALCAVA


IT IS SO ORDERED.


Dated: 11/21/05                          /S/ RONALD M. WHYTE
                                        HON. RONALD M. WHYTE
                                        District Court Judge
```

STIPULATION AND ORDER