HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/nj

Attorney for Plaintiff

*E-FILED - 12/7/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS L. RUBALCAVA, | ) Civil No. 05 02331 RMW |
|  ) | |
| Plaintiff,  ) | |
|  ) | |
| v.  ) | STIPULATION AND ORDER |
|  ) | |
| JO ANNE B. BARNHART,  ) | |
| Commissioner, Social Security  ) | |
| Administration,  ) | |
|  ) | |
| Defendant.  ) | |
|  ) | |
|  ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third and final extension of time up through and including Friday, January 13, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                          _____
                                          KEVIN V. RYAN
                                          United States Attorney



Dated: November 22, 2005                  /S/_____
                                          SARA WINSLOW
                                          Assistant U.S. Attorney




Dated: November 21, 2005                  /s/_____
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          LOUIS L. RUBALCAVA


IT IS SO ORDERED.


Dated:  12/7/05                            /S/ RONALD M. WHYTE_____
                                          HON. RONALD M. WHYTE
                                          District Court Judge
```

2

STIPULATION AND ORDER