SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE, SBN 197086
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134

*E-FILED - 11/8/07*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS L. RUBALCAVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. C-05-02331 RMW<br><br>[] ORDER FOR AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff Louis L. Rubalcava shall be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of four thousand eight hundred dollars and zero cents ($4800.00) and costs in the amount of two hundred fifty-nine dollars and thirty-nine cents ($259.39), as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 11/8/07

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge